JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED,<br><br>            Plaintiff,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 2:22-cv-01303-PA-PD<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and the action are dismissed with prejudice.

DATED: August 17, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE